NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUIS A. MARQUEZ,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2023-1222

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-1304, Judge Joseph L. Falvey, Jr.

---

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b)(1),

IT IS ORDERED THAT:

(1)  The appeal is voluntarily dismissed.

2                                                      MARQUEZ v. MCDONOUGH

(2)  Each side shall bear its own costs.

FOR THE COURT



June 24, 2024
      Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE:  June 24, 2024